AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

WESTERN  DISTRICT OF  TENNESSEE

UNITED STATES OF AMERICA

v.

SANDRA PATTERSON

**WARRANT FOR ARREST**

Case Number: 06-20237-Ma P

TO: The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **SANDRA PATTERSON**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Vilation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)
Bank Fraud
Mail Fraud
Aiding and Abetting

in violation of Title __18__ United States Code, Section(s) __1344; 1341; 2__

THOMAS GOULD
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

s/ Tu M. Pham
Signature of Issuing Officer

06/28/06  MEMPHIS, TENNESSEE
Date and Location

Bail fixed at $ 10,000 Secured 10% by s/ Tu M. Pham
Name of Judicial Officer
U.S. Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/13/06 | Lamont Roffin | [signature] |