Law Office
Of
# MASSEY MCCLUSKY
**3074 EAST ROAD**
**MEMPHIS, TN 38128**

*Attorneys:*
**William D. Massey\* †**
**Lorna S. McClusky**
**Larry M. Sargent**
**Claiborne H. Ferguson**

*E-mail addresses:*
wdmdefend@aol.com
lsmdefend@aol.com
sargedefend@aol.com

Phone: 901-384-4004

Fax: 901-937-8004

July 24, 2006

Camille R. McMullen, Esq.
Assistant U.S. Attorney
167 North Main Street, Suite 800
Memphis, TN 38103

Re: U.S.A. vs. Sandra Patterson
No. 06-20237-MA

Dear Ms. McMullen,

Pursuant to Rule 16 of all the Federal Rules of Criminal Procedure, Defendant hereby requests copies of all items discoverable under subparagraphs (a)(1)(A) through (a)(1)(E).

Defendant also requests written notice, ten days in advance of trial, of the government's intention to use any like and similar conduct on the part of the Defendant should this case proceed to Trial.

Defendant requests notice of any items seized by agents of the United States or a State Government agency from the person or property of the Defendant, which may or could be the subject of a Motion to Suppress Evidence as per Rule 12 (d)(2).

Defendant requests notice of the use of any electronic surveillance or wiretap in this case.

Finally, Defendant requests that the government provide the Defendant with any evidence that would tend to exculpate or show in a favorable light the Defendant or mitigate the punishment.

Sincerely,

*s/ Lorna S. McClusky*

Lorna S. McClusky
For the Firm

**\*Certified Criminal Trial Specialist**
*by the Tennessee Commission on Continuing Legal Education and Specialization*
*and*
**† Board Certified Criminal Trial Advocate**
*by the National Board of Trial Advocacy*