# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | Cr. No. 06-20237-MA |
| ) | |
| **SANDRA PATTERSON** ) | |
|     **Defendant.** ) | |

## NOTICE OF CASE STATUS AND
## UNOPPOSED MOTION TO RESCHEDULE REPORT DATE

Comes now Sandra Patterson, by and through her counsel, William D. Massey and Lorna S. McClusky of The Law Office of Massey McClusky, and makes written report of the status of the case and respectfully requests that the report set for August 25, 2006, at 9:00 a.m. be rescheduled until the October report date. In support thereof, it is respectfully submitted as follows:

1. This is the first report date for Ms. Patterson who was arraigned on July 17, 2006. Discovery has been requested and the government is within its time to respond. Given the recency of the case, little more can be reported at this time.

2. Counsel would respectfully submit that allowing this written report to be accepted in lieu personal appearances on August 25, 2006, would be a proper use of judicial resources in that Ms. Patterson is housed at the Mason detention facility and additional manpower by the Marshal Service would be not have to be expended in transporting Ms. Patterson to the federal building.

3. Counsel has attempted to contact AUSA McMullen but has been unable to reach her. Respectfully submitted this 24th day of August, 2006.

THE LAW OFFICE OF
MASSEY MCCLUSKY
3074 East Street
Memphis, TN 38128
(901)384-4004

s/ *Lorna S. McClusky*
B.P.R. No 16803

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing has been served, via electronic delivery to AUSA Camille McMullen this 24th day of August, 2006.

                                     s/ *Lorna S. McClusky*