IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  CR. NO. 06-20237-Ma

SANDRA PATTERSON,

    Defendant.

ORDER CONTINUING TRIAL AND EXCLUDING TIME

Before the court is the August 24, 2006, unopposed motion of the defendant requesting continuance of the report date set August 25, 2006. The continuance is necessary to allow for additional preparation in the case.

The Court grants the motion and continues the trial date to November 6, 2006, at 9:30 a.m. with a report date of October 27, 2006, at 2:00 p.m.

The period through November 17, 2006, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 25th day of August, 2006.

                      s/ Samuel H. Mays, Jr.
                      UNITED STATES DISTRICT JUDGE

06-20237.Cont.Patterson.wpd