*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(713) 421-9200* |

**NOTICE OF SETTING**
**Before Judge Samuel H. Mays, Jr., United States District Judge**

September 22, 2006

RE: 2:06cr20237-01-Ma
USA *v*. SANDRA PATTERSON      (in custody)

Dear Sir/Madam:

A **REPORT DATE** has been set before **Judge Samuel H. Mays, Jr.** for **FRIDAY, OCTOBER 27, 2006** at **2:00 P.M.** in **Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.** Any defendant incarcerated at the West Tennessee Detention Facility at Mason, Tennessee will have their report conducted **via VIDEO CONFERENCE**. Counsel requesting the presence of defendant in court **must contact the case manager by e-mail at least 48 hours prior to the scheduled report date.**

The report date is required by Section IV, paragraph B(4) of the Speedy Trial Plan. The plan requires that the defendant and his/her attorney appear at the above-designated time to give a status report to the Court on the case. The defendant must be present at the Report Date unless the Court excuses his/her appearance and the defendant files a written waiver of appearance in advance of the Report Date. Attorneys for the government and each defendant are expected to have furnished and obtained **ALL DISCOVERY MATERIAL** prior to the Report Date.

Also, the attorney for each defendant is expected to have discussed with the defendant the options of a change of plea, or of going to trial and should be prepared to advise the Court of defendant's plan in this regard at the Report Date.

Parties are expected to be ready for trial at any time during the period from NOVEMBER 6, 2006 to NOVEMBER 17, 2006, upon four hours notice if the defendant is NOT in custody and resides within the Western District of Tennessee or within a two-hour drive of the court and if the prosecution has no out-of-town witnesses. If these conditions are not met, the parties are expected to be ready for trial at any time during this period on twenty-four hours notice.

Attorneys are expected to procure the issuance of writs for any in-custody witnesses no later than OCTOBER 27, 2006.

This case is set on the court's Western Division criminal rotation docket. A description of procedures utilized for this docket is available from the Clerk of Court.

If you have any questions about this matter, please contact the case manager at the telephone number provided below.

    Sincerely,
    THOMAS M. GOULD, CLERK

BY:    S/ *Jean Lee*
        Jean Lee, Case Manager
        901-495-1239
        E-mail: jean_lee@tnwd.uscourts.gov