AO (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN    District of    TENNESSEE

UNITED STATES OF AMERICA

V.

SANDRA PATTERSON

**WARRANT FOR ARREST**

Case    06-20237-01-Ma

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Sandra Patterson
                                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ■ Probation/Supervised Release Violation Petition

charging him or her with    (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title    18    United States Code, Section(s)    3583

Thomas M. Gould
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

February 25, 2009, Memphis, Tennessee
Date and Location

Bail fixed at _____ by _____
                                                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-30-2009 | DUSM R. Cul | Ronnie Cul |