# United States District Court
Western District of Tennessee

UNITED STATES OF AMERICA

v.  Case Number  2:06CR20237-01-Ma

**SANDRA PATTERSON**

## JUDGMENT AND COMMITMENT ORDER ON REVOCATION OF SUPERVISED RELEASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, **Sandra Patterson**, was represented by Mr. Clayborne Ferguson.

It appearing that the defendant, who was sentenced by the Hon. Samuel H. Mays, Jr. on August 13, 2007, and placed on supervised release for a period of three (3) years, has violated the terms of her supervision, it is hereby **ORDERED** and **ADJUDGED** that defendant's supervised release be revoked and that defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eighteen (18) months, with no supervised release to follow.

The defendant is remanded to the custody of the U.S. Marshal.

Signed this 28th day of April, 2009.

S/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE